UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ATLANTIC CASUALTY INSURANCE COMPANY | CIVIL ACTION NO. 2:16-cv-691 |
| | JUDGE: SSV |
| VERSUS | MAGISTRATE: JCW |
| ASI FEDERAL CREDIT UNION, AND ATM WORLDWIDE, LLC | |

## MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Atlantic Casualty Insurance Company, which respectfully represent that all claims asserted in this action against any and all Defendants have been resolved, and Plaintiff, therefore, moves this Honorable Court to dismiss the above-captioned matter with prejudice, each party to bear its own costs.

Respectfully submitted,

**GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH, APLC**

 /s/ C. Bowman Fetzer, Jr.
**JAMES A. PRATHER (#20595) (T.A.)**
**C. BOWMAN FETZER, JR. (#34541)**
3 Sanctuary Boulevard, Third Floor
Mandeville, Louisiana 70471
Telephone:  985-674-6680
Facsimile:  985-674-6681
*Counsel for Plaintiff,*
*Atlantic Casualty Insurance Company*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 6th day of September, 2019, undersigned electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

                                       */s/ C. Bowman Fetzer, Jr.*
                                       **C. BOWMAN FETZER, JR.**