UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ATLANTIC CASUALTY INSURANCE COMPANY** | **CIVIL ACTION NO. 2:16-cv-691** |
| | **JUDGE:  SSV** |
| **VERSUS** | **MAGISTRATE:  JCW** |
| **ASI FEDERAL CREDIT UNION, AND ATM WORLDWIDE, LLC** | |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Motion to Dismiss with Prejudice,

**IT IS ORDERED** that the claims by Plaintiff, Atlantic Casualty Insurance Company, be and are hereby dismissed with prejudice, each party to bear its own costs.

**NEW ORLEANS**, Louisiana, this ___6th___ day of ___September___, 2019.

_____
**HON. SARAH S. VANCE**
**DISTRICT COURT JUDGE**